UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND ET AL.,**<br><br>Petitioners,<br><br>-against-<br><br>**KRAUS DRAPERY INSTALLATION INC.,**<br><br>Respondent. | **21-cv-8369 (ALC)**<br><br>**ORDER** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 30, 2021

**ANDREW L. CARTER, JR., United States District Judge:**

On October 11, 2021, Petitioners filed a petition to confirm an arbitration award. ECF No. 1. Respondent was served on November 8, 2021. ECF No. 8. Respondent's response was due on November 29, 2021. To date, no response has been filed.

Accordingly, Respondent is ordered to respond by **December 15, 2021**. Petitioners shall serve this order upon Respondent and file proof of service no later than **December 2, 2021**.

**SO ORDERED.**

Dated:   November 30, 2021
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge