UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND ET AL.,

                         Petitioners,

                                                                                                 21 **CIVIL** 8369 (ALC)

      -against-                                                               **JUDGMENT**
KRAUS DRAPERY INSTALLATION INC.,
                        Respondent.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 8, 2022, Petitioners' motion to confirm the arbitration award is granted. Judgment is entered in favor of the Petitioners and against Respondent in the amount of $1,066,824.57 pursuant to the arbitration award with interest to accrue at the rate of 5.25% from the date of the award, in the amount of $63,834.11, plus $917.50 in attorneys' fees and $77 in costs arising out of this petition, and post-judgment interest at the statutory rate; accordingly, the case is closed.

**Dated**: New York, New York
           June 7, 2022

                                                                    **RUBY J. KRAJICK**
                                                                    **Clerk of Court**
                                       **BY:**     *K. Mango*
                                                                       **Deputy Clerk**